**Order entered February 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01296-CV

### TERRELL E. BITTEN, Appellant

### V.

### STATE FARM INSURANCE, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-08190

## ORDER

Before the Court is appellant's February 19, 2019 second motion for an extension of time to file an amended brief. We **GRANT** the motion and extend the time to **March 21, 2019**. We caution appellant that further requests for extension will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE